AO 91 (Rev. 3/99) Criminal Complaint

**PROBABLE CAUSE AFFIDAVIT**
**Deshawn Levelle BUTLER**

I, Thomas Livingston, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2016. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since July, 2025. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Deshawn Levelle BUTLER (hereinafter referred to as BUTLER) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, which the firearm had been shipped and transported in interstate or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware of that relate to this investigation but rather is provided for the limited purpose of establishing probable cause that BUTLER committed this offense.

4. On July 11, 2026, Columbus Police officers responded to 3106 Quinby Dr, Columbus, Ohio 43232 on report of a shooting. When officers arrived, they located a 1-year-old male suffering from an apparent gun shot wound. Officers were advised on scene by witnesses who stated the child had accidentally shot himself. The child was transported to Mount Carmel East Hospital where the child was later pronounced deceased due to the gun shot wound.

5. Columbus Police Homicide Unit team 2 responded to scene to further the investigation. Detectives were advised by witnesses that the child's father, BUTLER, was with the child during the shooting. BUTLER had fled the scene prior to officers and detectives' arrival.

6. At approximately 5am on July 12, 2026, BUTLER turned himself in at the Columbus Police Headquarters. At the time, BUTLER had outstanding warrants for Domestic Violence and was placed under arrest for the warrants.

7. On July 12, 2026, at approximately 5:45am, Detective Lowell Titus badge 1122 and Detective James Thomas badge 1844 conducted an interview with BUTLER at the Columbus Police Headquarters located at 120 Marconi Blvd, Columbus, Ohio 43215.

8. Detective Titus read BUTLER his *Constitutional Rights*. BUTLER stated he understood his rights, signed the rights form waiver, and waived his rights and spoke with Detectives.

9. BUTLER stated he was at his residence (3106 Quinby Dr), upstairs in his bedroom putting his personal belongings and "weapons" in his safe. BUTLER stated when he was in the bedroom his son was also with him. BUTLER stated his son pulled the curtains down from the window. BUTLER went over to the window to fix the curtain and heard a gunshot. BUTLER stated he

AO 91 (Rev. 3/99) Criminal Complaint

**PROBABLE CAUSE AFFIDAVIT**
**Deshawn Levelle BUTLER**

went over to his son and saw the child had shot himself so he picked his son up and carried him downstairs.

10. BUTLER stated the safe, the firearm was in, was in his closet. BUTLER stated the safe was open and the firearm was placed in the safe. BUTLER stated his firearm is a Glock 45 9mm, generation 5, handgun.

11. BUTLER stated the firearm was purchased by his ex-girlfriend, who is also the mother of one of his other children. BUTLER stated "That is who went to Vance's and purchased the gun for me". BUTLER stated his ex-girlfriend purchased the firearm for him in 2021 or 2022. BUTLER stated he was present when his ex-girlfriend purchased the firearm. An ETRACE report who conducted on the firearm. The ETRACE report confirms what BUTLER stated about when, where, and who purchased the firearm.

12. While processing the scene, Detectives located and took custody of a Glock 45 9mm handgun serial number BXLW180.

13. BUTLER is prohibited from possessing a firearm based on the following felony conviction:

   a. On December 15, 2008, BUTLER was convicted of Aggravated Burglary 2911.11 O.R.C., a felony of the first degree in the Franklin County Court of Common Pleas case number 08 CR 006858.

14. Your affiant has learned from an ATF Special Agent trained to determine the interstate nexus of firearms and ammunition that the described firearm meets the definition of a firearm as defined in 18 U.S.C. §§ 921(a)(3). The firearm was not manufactured in the State of Ohio and therefore affected interstate commerce.

15. The aforementioned offense occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

16. Based on the information, your affiant believes probable cause exits that Deshawn BUTLER is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) Felon in Possession of a Firearm.

ATF TFO Thomas Livingston

Sworn to and subscribed before me this day of __July 16, 2026_____, at_____ Columbus, Ohio.

Chelsey M. Vascura
**U.S. MAGISTRATE JUDGE**